1
2
3
4
5
6
7
8
9
10
11
12

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE LAKES AT LEMMON VALLEY L.L.C., a Nevada limited liability company; Charles P. Bluth, an individual,<br><br>Plaintiffs<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, a Delaware corporation; DOES 1 through 10, inclusive; DOE CORPORATIONS 1 through 10, inclusive,<br><br>Defendant | Case No. 3:22-cv-00050-ART-CLB<br><br>**ORDER GRANTING**<br><br>Stipulation for Voluntary Dismissal with Prejudice |

Plaintiffs The Lakes at Lemmon Valley and Charles P. Bluth and defendant U.S. Bank National Association stipulate that any and all claims in the above matter are hereby settled and that under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter should be dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

| | |
|---|---|
| DATED this 27th day of March 2023 | DATED this 27th day of March 2023 |
| SNELL & WILMER L.L.P. | GUNDERSON LAW FIRM |
| By: /s/ *John S. Delikanakis* | By: /s/ *Catherine A. Reichenberg* |
| John S. Delikanakis, Esq.<br>Christian P. Ogata, Esq.<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169 | Mark H. Gunderson, Esq.<br>Catherine A. Reichenberg, Esq.<br>3895 Warren Way<br>Reno, NV 89509 |
| Steven D. Jerome, Esq.<br>One Arizona Center<br>400 E. Van Buren, Suite 1900<br>Phoenix, Arizona 85004-2202 | *Attorneys for Plaintiffs The Lakes at Lemmon Valley and Charles P. Bluth* |
| *Attorneys for Defendant U.S. Bank National Association* | |

|     |     |
| --- | --- |
| 1   | **ORDER** |
| 2   | Based upon the parties' stipulation and good cause appearing, **IT IS THEREFORE** |
| 3   | **ORDERED** that **THIS ACTION IS DISMISSED with prejudice**, each side to bear its own fees |
| 4   | and costs. The Clerk of Court is directed to **CLOSE THIS CASE**. |

**IT IS SO ORDERED.**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: March 29, 2023